Next case is number 25-1435 United States against Kenneth Strickland.